■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUCAS RODRIQUEZ, Appellant. [874 NYS2d 858]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Smith, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODERICK FITZGERALD PARDNER, Appellant. [874 NYS2d 858]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER MARTINEZ, Appellant. [874 NYS2d 858]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE JAMISON, Appellant. [874 NYS2d 857]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Peradotto, Green and Gorski, JJ.

■ SIDNEY D. HOLBROOK, Respondent-Appellant, v NATIONAL FUEL GAS DISTRIBUTION CORPORATION et al., Appellants-Respondents. [874 NYS2d 857]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Green and Gorski, JJ.

**203** MARIE STIDHAM, as Temporary Administratrix of the Estate of MATILDA STIDHAM, Deceased, Respondent, v HARNATH CLERK, M.D., Appellant, et al., Defendants. [874 NYS2d 857]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Green and Gorski, JJ.

■ DARIA K. PRYSTAJKO, Respondent-Appellant, v WESTERN NEW YORK PUBLIC BROADCASTING ASSOCIATION, Appellant-Respondent, et al., Defendants. [874 NYS2d 857]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Fahey, Peradotto and Pine, JJ.

■ RONALD BENDERSON et al., as Trustees of the BENDERSON 85-1 TRUST, Appellants, v ULRICH/34 CHESTNUT STREET, LLC, et al., Respondents. [874 NYS2d 857]—Motion for reargument denied. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.